IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARY WITZEL, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:19-cv-01437 (RDA/MSN) |
| RENE AREVALO, JR. ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued on April 24, 2020, by Magistrate Judge Michael S. Nachmanoff. Dkt. 14. In this case concerning defamation and stalking allegations brought pursuant to Virginia law, Judge Nachmanoff recommends that judgment be entered against Defendant Rene Arevalo, Jr. ("Defendant"). Dkt. 14. Pursuant to Federal Rule of Civil Procedure 72(b)(2), May 8, 2020, was the deadline for submission of objections to Judge Nachmanoff's Recommendation. To date, no objections have been filed.

After reviewing the record and Judge Nachmanoff's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 14).

Accordingly, Plaintiff's Motion for Default Judgment (Dkt. 9) is GRANTED.

It is hereby ORDERD that Plaintiffs Mary Witzel, Hyung Gyu Sun, and Dunlap Bennett & Ludwig PLLC be awarded $2.00 in nominal monetary damages; and

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

IT IS FURTHER ORDERED that Defendant be enjoined from further dissemination of false and defamatory statements as set forth in the Complaint (Dkt. 1).

The Clerk is directed to enter judgment in this matter pursuant to Federal Rule of Civil Procedure 55 and to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
May 12, 2020

/s/
Rossie D. Alston, Jr.
United States District Judge